IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. No. _0:26-580_ |
| | ) | |
| | ) | 18 U.S.C § 2252A(a)(5)(B) |
| vs. | ) | 18 U.S.C § 2253 |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| CODY WAYNE THOMAS | ) | INDICTMENT |

## COUNT 1

THE GRAND JURY CHARGES:

On or about March 6, 2026, in the District of South Carolina, the defendant, CODY WAYNE THOMAS, knowingly possessed any film, videotape, computer disk, and any other material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a minor who had not attained 12 years of age, and that has been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE

SEXUAL EXPLOITATION OF CHILDREN:

Upon conviction for violations of Title 18, United States Code, Section 2252A as charged in this Indictment, the Defendant, CODY WAYNE THOMAS, shall forfeit to the United States his interest in:

        (i)        any visual depiction described in sections 2251, 2252, 2251A, or 2252A of chapter 110 of the United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of chapter 110 of the United States Code;

        (ii)       any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses, and;

        (iii)      any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses.

PROPERTY:

The property subject to forfeiture pursuant to Title 18, United States Code, Section 2253 and Title 28, United States Code, Section 2461(c), includes, but is not limited to, the following:

Electronics:

An iPhone 16 Pro Max, Model D94AP, Serial Number L654R2FFP4, currently in the possession of the Federal Bureau of Investigation.

All pursuant to Title 18, United States Code, Section 2253 and Title 28, United States Code, Section 2461(c).

2

A ___trve___ Bill



FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _____
T. DeWayne Pearson (Fed. ID # 10859)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.:   803-929-3000
Fax:   803-254-2943
Email: DeWayne.Pearson@usdoj.gov

3